**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Newark)**

| | |
|---|---|
| IN RE: | Case No.:  21-10137 |
| Debtors: Ramon Torres | Loan Number (Last 4):  8221 |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| BRAVO Residential Funding Trust 2021-B | UMB Bank, National Association |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): 3 |
| Salt Lake City, UT 84165 | Amount of Claim:  $313,946.47 |
| | Date Claim Filed:  03/02/2021 |
| | |
| Phone:  1-800-258-8602 | Last Four Digits of Acct #:  4229 |
| Last Four Digits of Acct #:  8221 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602

Last Four Digits of Acct #:  8221

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ John Shelley | Date: | 04/20/2021 |
| | InfoEx, LLC, as authorized filing agent | | |
| | (Approved by: Callie Nelson) | | |

Specific Contact Information:
Callie Nelson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

493166-48e259fa-0c94-4a6a-a05b-fc496d38202f