Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 21−10137−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramon Torres
   245 Lake Street, Apt. 1
   Newark, NJ 07104

Social Security No.:
   xxx−xx−9954

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 10, 2021.

Dated: May 10, 2021
JAN: mcp

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ramon Torres  
    Debtor

Case No. 21-10137-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 10, 2021      Form ID: plncf13      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramon Torres, 245 Lake Street, Apt. 1, Newark, NJ 07104-5645 |
| 519188059 | + | BRAVO Residential Funding Trust 2021-B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519068499 | + | DEPENDABLE CREDIT CORP, PO BOX 686, ARDSLEY, NY 10502-0686 |
| 519068501 | + | FAY SERVICING LLC, ATTN: BANKRUPTCY DEPT, PO BOX 809441, CHICAGO, IL 60680-9441 |
| 519068502 | + | Nilsa Gomez, ATTN: Essex County Child Support, 212 Washington Street, Newark, NJ 07102-2904 |
| 519127266 | | UMB Bank, National Association, PO Box 814609, Dallas, Tx 75381-4609 |
| 519068506 | + | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519068493 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 10 2021 20:37:00 | CALIBER HOME LOANS, ATTN: CASH OPERATIONS, PO BOX 24330, OKLAHOMA CITY, OK 73124-0330 |
| 519068494 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 10 2021 20:43:34 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068497 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2021 20:36:00 | COMENITY BANK/THE CHILDRENS PLACE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519114621 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 10 2021 20:44:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519071849 | | Email/PDF: cbp@onemainfinancial.com | May 10 2021 20:42:55 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519068503 | + | Email/PDF: cbp@onemainfinancial.com | May 10 2021 20:44:04 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519068504 | + | Email/Text: bankruptcy@onlineis.com | May 10 2021 20:36:00 | ONLINE COLLECTIONS, ATTN: BANKRUPTCY, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 519068507 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 10 2021 20:36:00 | WESTLAKE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 519130410 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2021 20:43:38 | Westlake Services, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: plncf13 | Total Noticed: 18 |

29603-0587

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519188060 | *+ | BRAVO Residential Funding Trust 2021-B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519068495 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068496 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068498 | *+ | COMENITY BANK/THE CHILDRENS PLACE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519068500 | *+ | DEPENDABLE CREDIT CORP, PO BOX 686, ARDSLEY, NY 10502-0686 |
| 519068505 | ##+ | PERFECTION COLLECTION, ATTN: BANKRUPTCY DEPARTMENT, 313 E 1200 S, SUITE 102, OREM, UT 84058-6910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BRAVO Residential Funding Trust 2021-B dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bk@rgalegal.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Ramon Torres ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5