RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey   07601
(201) 343-4040
Attorneys for Debtor

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ramon Torres | : | CHAPTER 13 |
| | : | CASE NO. 21-10137 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

## DEBTOR'S CERTIFICATION

I, Ramon Torres, the Debtor, being of full age, hereby certify as follows:

1. I certify that I have no knowledge of the DSO holder Nilsa Gomez mailing address to provide to the court.

2. I hereby certify that this above statement is true and correct to the best of my knowledge and belief.

Date: 8/27/2021

*Ramon Torres*
Ramon Torres
Debtor