UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ-4745

| | |
|---|---|
| In Re: | Case No.: _____21-10137_____ |
| Ramon Torres | Judge: _____VFP_____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☒ Certification of Default filed by _____Marie-Ann Greenberg_____,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):
The debtor is proposing to make an $1,100.00 payment on June 3rd, and another
payment for the same amount the following Friday. Furthermore, the debtor is
requesting to make June's payment by the 30th.

3.     This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: _____June 1, 2022_____                    /s/ Ramon Torres_____
                                                     Debtor's Signature

Date: _____                       _____
                                                     Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
       13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
       opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
       Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
       Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
       Default.

*rev.8/1/15*