Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−10137−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramon Torres
   245 Lake Street, Apt. 1
   Newark, NJ 07104

Social Security No.:
   xxx−xx−9954

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 20, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ramon Torres  
    Debtor

Case No. 21-10137-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 20, 2022      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramon Torres, 245 Lake Street, Apt. 1, Newark, NJ 07104-5645 |
| 519068499 | + | DEPENDABLE CREDIT CORP, PO BOX 686, ARDSLEY, NY 10502-0686 |
| 519068502 | + | Nilsa Gomez, ATTN: Essex County Child Support, 212 Washington Street, Newark, NJ 07102-2904 |
| 519068505 | #+ | PERFECTION COLLECTION, ATTN: BANKRUPTCY DEPARTMENT, 313 E 1200 S, SUITE 102, OREM, UT 84058-6910 |
| 519127266 | | UMB Bank, National Association, PO Box 814609, Dallas, Tx 75381-4609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519188059 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2022 20:34:00 | BRAVO Residential Funding Trust 2021-B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519068493 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 20 2022 20:34:00 | CALIBER HOME LOANS, ATTN: CASH OPERATIONS, PO BOX 24330, OKLAHOMA CITY, OK 73124-0330 |
| 519068494 | + | EDI: CAPITALONE.COM | Dec 21 2022 01:34:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068497 | + | EDI: WFNNB.COM | Dec 21 2022 01:34:00 | COMENITY BANK/THE CHILDRENS PLACE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519114621 | + | EDI: AIS.COM | Dec 21 2022 01:34:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519068501 | | Email/Text: ECF@fayservicing.com | Dec 20 2022 20:34:00 | FAY SERVICING LLC, ATTN: BANKRUPTCY DEPT, PO BOX 809441, CHICAGO, IL 60680 |
| 519071849 | | EDI: AGFINANCE.COM | Dec 21 2022 01:34:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519068503 | + | EDI: AGFINANCE.COM | Dec 21 2022 01:34:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519068504 | + | Email/Text: bankruptcy@onlineis.com | Dec 20 2022 20:34:00 | ONLINE COLLECTIONS, ATTN: BANKRUPTCY, PO BOX 1489, WINTERVILLE, NC 28590-1489 |
| 519330503 | | EDI: PRA.COM | | |

| Recip ID | Bypass Reason | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 21 2022 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519068506 | + | EDI: WFFC2 | Dec 21 2022 01:34:00 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 519068507 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 20 2022 20:34:00 | WESTLAKE FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 519130410 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2022 20:45:18 | Westlake Services, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519188060 | *+ | BRAVO Residential Funding Trust 2021-B, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519068495 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068496 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519068498 | *+ | COMENITY BANK/THE CHILDRENS PLACE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519068500 | *+ | DEPENDABLE CREDIT CORP, PO BOX 686, ARDSLEY, NY 10502-0686 |
| 519330504 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BRAVO Residential Funding Trust 2021-B dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bk@rgalegal.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Ramon Torres ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2          User: admin          Page 3 of 3
Date Rcvd: Dec 20, 2022          Form ID: 148          Total Noticed: 20
TOTAL: 5